In the Matter of the Application of the Erie Railroad Company, Appellant, under Section 89 of the Railroad Law * for Determination as to How Its Double Track Railroad on a Changed Line Shall Cross a Highway in the

---

* Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 89.— [REP.

Town of Hinsdale, Cattaraugus County, N. Y., Respondent.— Order affirmed, with costs. All concurred.